# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136855

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DUJUAN LANARD QUINN,
        Defendant-Appellant.

SC: 136855
COA: 285422
Kent CC: 07-054960-FC

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

p1020